IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. F99-020 CR (JMF) |
| v. ) | |
| ) | |
| MARK STEPHEN WILLSON, ) | |
| ) | |
| Defendant. ) | |

MOTION OF DEFENDANT TO AMEND
AMENDED JUDGMENT

Defendant hereby moves the Court to further amend the Judgment Order herein and, as reason therefor states:

1.     On June 17, 2005 the Court amended the original Judgment herein by reducing the total fine, interest and assessments herein to $4,300.00. The Court's reduction order specifically directed that the newly ordered amount due was to be paid "during the five years of supervised release."

The Bureau of Prisons, however, has continued to deduct payments from the small balance in defendant's Trust Account at the prison. Upon inquiry defendant's Case Manager informed defendant that the Bureau of Prisons will not comply with the Court's Order unless page 6 of the Judgment Order is amended to remove from Line A the words "A lump sum of $4,300.00 due immediately, balance due," and substitute therefor the words, "A total sum of $4,300.00 to be paid during the five years of defendant's supervised release."

Wherefore, defendant asks that the Court allow the above amendment and herein order that it be substituted on page six (6) of the original Judgment Order. (Copies of the proposed

page six (6) amendment are provided herewith.)

Respectfully submitted,

*[signature]* 18 DEC 2005
MARK STEPHEN WILLSON, 13113-006
Federal Prison Camp
3705 West Farm Road
Lompoc, California      93436

AO 245B   (Rev. 12/03) Judgment in a Criminal Case         2nd Amended
          Sheet 6 — Schedule of Payments

                                                              Judgment — Page __6__ of __6__

DEFENDANT:     MARK STEPHEN WILLSON
CASE NUMBER:   F99-0020-01 CR (JMF)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   X   **A total sum** of $ __4,300.00__ **to be paid during the five years of defendant's supervised release.**

    ☐   not later than _____ , or
    X   in accordance   ☐ C,  ☐ D,  X E, or  ☐ F below

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   X   On a schedule to be determined by the U.S. Probation or Pretrial Services Officer.

F   ☐   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


☐   The defendant shall pay the cost of prosecution.

X   The defendant shall forfeit the defendant's interest in the following property to the United States:
    Smith & Wesson .9 mm semi-automatic pistol serial no. TCB1248, with magazine and 12 cartridges; Radio Shack 300 channel scanner, no. 7501555, Paramount night vision scope with nylon case, 2 wire or transmitter detectors, Motorola pager, no. 7501555, Paramount night vision scope with nylon case, 2 wire or transmitter detectors, Motorola pager, no 0301204, Sharp calculator, model 233, $561 in US currency, 3 notebooks, 5 crown royal bags, dunlop nylon bag, Tanita electronic pocket scale, model no. 1479, Uniden cell phone, no. 04177537 with carrying case, Motorola pager, no. 0257489, $242 in US currency, black plastic handled folding knife, box of Blazer 9 mm, 115 grain, fully metal jacketed ammunition, Cannon travel bag, numerous pages of drug records, and metal file box.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.