TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   )<br>vs.   )<br>   )<br>   )<br>MARK STEPHEN WILLSON,   )<br>   )<br>   Defendant.   ) | Case No. 4:99-cr-020-JMF<br><br>**OPPOSITION TO<br>MOTION TO AMEND<br>AMENDED JUDGMENT** |

COMES NOW Plaintiff, the United States of America, and opposes defendant's motion to amend the amended judgment.

The Order on which defendant relies, docket #124, June 17, 2005, is fairly standard. It provides, "Defendant shall pay down the unpaid balance on a schedule during the five years of his supervised release." It does not say payments begin only on supervised release.

The Judgment provides for immediate payment and also that any "balance due" shall be paid on a schedule to be determined by the probation officer, i.e., on supervised release. Id., p. 6.

The Judgment should remain unchanged.

RESPECTFULLY SUBMITTED this 9th day of January, 2006, at Fairbanks, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s//STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
AK #6911028

**CERTIFICATE OF SERVICE**

I hereby certify that on January 09, 2006, a copy of the foregoing **OPPOSITION TO MOTION TO AMEND AMENDED JUDGMENT**, was served on

Mark Stephen Willson
Federal Prison Camp
3705 West Farm Road
Lompoc, California 93436

via US mail.

s//Stephen Cooper